IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| GULF COAST FILTERS, INC § § § | | PLAINTIFF |
| v. § § § § | | Civil Action No. 1:07cv34HSO-JMR |
| FILTRATION SOLUTIONS § WORLDWIDE, INC. § | | DEFENDANT |

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND GRANTING DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION**

This cause came on for hearing before the Court on Defendant's Motion to Dismiss for Lack of Personal Jurisdiction [5], filed on March 8, 2007, and Defendant's Motion to Dismiss First Amended Complaint for Lack of Personal Jurisdiction [24], filed on April 30, 2007.  After consideration of the arguments of counsel, the pleadings on file and for the reasons more fully stated in the record at the hearing conducted in this matter on this date, the Court finds that Defendant's Motions should be granted.  Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Defendant's Motion to Dismiss for Lack of Personal Jurisdiction [5] filed on March 8, 2007, should be and is hereby **GRANTED**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Defendant's Motion to  Dismiss First Amended Complaint for Lack of Personal Jurisdiction [24],

filed on April 30, 2007, should be and is hereby **GRANTED**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, all remaining pending Motions in this case should be and are hereby denied as **MOOT**, and that this civil action should be dismissed, without prejudice.

**SO ORDERED AND ADJUDGED**, this the 29th day of January, 2008.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE