IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| GULF COAST FILTERS, INC | § | PLAINTIFF |
| | § | |
| | § | |
| v. | § | Civil Action No. 1:07cv34HSO-JMR |
| | § | |
| | § | |
| | § | |
| FILTRATION SOLUTIONS | § | |
| WORLDWIDE, INC. | § | DEFENDANT |

## JUDGMENT

This cause came on for hearing before the Court on Defendant's Motion to Dismiss for Lack of Personal Jurisdiction [5], filed on March 8, 2007, and Defendant's Motion to Dismiss First Amended Complaint for Lack of Personal Jurisdiction [24], filed on April 30, 2007.  After consideration of the arguments of counsel, the pleadings on file and for the reasons more fully stated in the record at the hearing conducted in this matter on this date, the Court finds that in accord with its Order and Reasons entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that judgment is rendered in favor of Defendant pursuant to FED. R. CIV. P. 12(b)(2).  This Civil Action is hereby dismissed without prejudice.  All remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED**, this the 29th day of January, 2008.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE